JOSEPH WEISHAUPT, Respondent, v. DOLORES Z. LONDON, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

GRACE HARRINGTON, Respondent, v. MADY'S, INC., Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.